# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TD LAND DEVELOPMENT, LLC

VERSUS

LOUISIANA CITIZENS PROPERTY
INSURANCE CORPORATION

NO. 2026 CW 0264

**MAY 4, 2026**

---

In Re: Louisiana Citizens Property Insurance Corporation, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 197712.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT